**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _kelly mccarthy_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
_Kelly mccarthy_    C. Date of Delivery  JUN 06 L

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

_United States Department of Veterans Affairs_
_810 Vermont Ave., NW_
_Washington, DC 20420_

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7004 2510 0006 8608 9512

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _James Wilson_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  JUN 9 N

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

DEPT OF VETERANS AFF
OFFICE OF THE SECRETAR

1. Article Addressed to:

_R. James Nicholson._
_Sec. of Veterans Affairs_
_810 Vermont Ave., NW_
_Washington, DC 20420_

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7004 2510 0006 8608 9505

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

**WEISS & LURIE**
**THE FRENCH BUILDING**
**551 FIFTH AVENUE**
**SUITE 1600**
**NEW YORK, NY 10176**

_M Nastasi_

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this b

**WEISS & LURIE**
**THE FRENCH BUILDING**
**551 FIFTH AVENUE**
**SUITE 1600**
**NEW YORK, NY 10176**

_M Nastasi_

EXHIBIT

C.021