From the Privacy Act Online via GPO Access [wais.access.gpo.gov]

38VA21

System name: Veterans and Beneficiaries Identification Records
     Location Subsystem--VA.

     System location:
     Records are maintained at the VA Data Processing Center, 1615
East Woodward Street, Austin, TX, 78722; VA Central Office, 810
Vermont Avenue, NW, Washington, DC 20420; VA Records Processing
Center, PO Box 5020, St. Louis, MO 63115 and at Neosho, MO.
     Categories of individuals covered by the system:
     The following categories of individuals will be covered by the
system: (1) Veterans who applied for VA benefits (e.g., compensation,
pension,, rehabilitation and education, U.S. Government life
insurance, National Service life insurance, and medical and dental
care); (2) veterans discharged from military service since March
1973; (3) veterans because of whose military service benefits have
been sought by others (e.g., beneficiaries (spouse, children or
parents) who have applied for or who are receiving or have received
VA benefits (i.e., insurance awards, education, burial benefits));
(4) Medal of Honor recipients; and (5) service members who have
established accounts from which future applications for VA
educational benefits under title 38, United States Code, Chapter 32
may be used.
     Categories of records in the system:
     The record, or information contained in the record may include
(1) identifying information, (2) military discharge information, (3)
date of death, (4) VA claims and insurance file numbers, (5) records
location and (6) cross-references to beneficiaries of a veteran and
to other names used by the veteran. Identifying information may
include the following concerning the veteran: Full name, social
security number, service number, date of birth, entry and release
from active duty, character of service, and branch of service.
Military discharge information may include sex, total amount of
active service, the dollar amount of readjustment or severance pay,
number of nonpaydays, pay grade, narrative reason for separation and
information on whether the veteran was discharged with a disability,
served during the Vietnam Conflict, reenlisted in the military
service, or received a Purple Heart award.
     Authority for maintenance of the system:
     Title 38, United States Code, Chapter 3, section 210(c)(1)
     Routine uses of records maintained in the system, including
categories of users and the purposes of such uses:
     1. The record of an individual who is covered by this system may
be disclosed to a member of Congress or staff person acting for the
member when the member or staff person requests the record on behalf
of and at the request of that individual.
     2. Any information in this system may be disclosed to a Federal
agency, upon its official request, to the extent that it is relevant
and necessary to that agency's decision regarding: The hiring,
retention or transfer of an employee; the issuance of a security
clearance, the letting of a contract, or the issuance or continuance
of a license, grant or other benefit given by that agency. However,
in accordance with an agreement with the U.S. Postal Service,
disclosures to the U.S. Postal Service for decisions concerning the
employment of veterans will only be made with the veteran's prior
written consent.
     3. Any information in this system may be disclosed to a State or
local agency, upon its official request, to the extent that it is
relevant and necessary to that agency's decision on: The hiring,
transfer or retention of an employee, the issuance of a security
clearance, the letting of a contract, or the issuance or continuance
of a license, grant or other benefit by that agency; provided, that


EXHIBIT 15

If the information pertains to a veteran, the name of the veteran will not be disclosed unless the name is provided first by the requesting State or local agency.

4. Any information in this system, except for the name of a veteran, may be disclosed to a Federal agency in order for the VA to obtain information relevant to the issuance of a benefit under title 38, United States Code. The name of a veteran may be disclosed to a Federal agency under this routine use if the name is required by the Federal agency to respond to the VA inquiry.

5. Any information in this system, except for the name of a veteran, which is relevant to a suspected violation or reasonably imminent violation of law, whether civil, criminal or regulatory in nature and whether arising by general or program statute or by regulation, rule or order issued pursuant thereto, may be disclosed to a Federal, State, local or foreign agency charged with the responsibility of investigating or prosecuting such violation, or charged with enforcing or implementing the statute, rule, regulation or order issued pursuant thereto.

6. The name of a veteran, which is relevant to a suspected violation or reasonably imminent violation of law, whether civil, criminal or regulatory in nature and whether arising by general or program statute or by regulation, rule or order issued pursuant thereto, may be disclosed to a Federal agency charged with the responsibility of investigating or prosecuting such violation or charged with enforcing or implementing the statute, regulation, rule or order issued pursuant thereto, in response to its official request.

7. The name of a veteran, which is relevant to a suspected violation, or reasonably imminent violation of law concerning public health or safety, whether civil, criminal or regulatory in nature and whether arising by general or program statute or by regulation, rule or order issued pursuant thereto, may be disclosed to any foreign, State or local governmental agency or instrumentality charged under applicable law with the protection of the public health or safety if a qualified representative of such organization, agency or instrumentality has made a written request that the name be provided for a purpose authorized by law.

8. Any information, including the name of a veteran, may be disclosed to any nonprofit organization if the release is directly connected with the conduct of programs and the utilization of benefits under title 38 U.S.C. (such disclosures include computerized lists of names).

9. The file number and folder location may be disclosed to the Railroad Retirement Board (RRB) pursuant to its standing request. This information is used by the RRB to obtain information from VA compensation, pension, or education records in accordance with the Railroad Retirement Act of 1937, section 228.1(i).

10. Any information in this system may be disclosed to components of the Armed Forces such as the National Personnel Record Center (NPRC) and the U.S. Army Reserve Components Personnel and Administration Center (RCPAC) in accordance with its standing request. This information is used to aid in rebuilding lost military service records and to upgrade the character of discharge or to correct or complete military records.

11. Identifying information, the claims file number and folder location may be disclosed to the National Research Council, National Academy of Sciences, in accordance with its standing request. This information is used in medical studies for the VA or another Federal agency as approved by the Chief Medical Director.

12. Identifying information, the claims file number and folder location may be disclosed to the U.S. Treasury upon its official request. This information is used to obtain the necessary information to return U.S. savings bonds to veterans which are currently in the safekeeping of the U.S. Treasury.

13. A veteran's claims or insurance file number and folder location may be disclosed to accredited service organization

representatives, VA-approved claims agents and attorneys acting under a declaration of representation so that these individuals can aid veterans in the preparation, presentation, and prosecution of claims under the laws administered by the VA.

14. Identifying information, the claims file number and folder location may be disclosed to research facilities provided the name of the veteran is furnished by the requestor. The purpose of this disclosure is for such research facilities to obtain information necessary to assist in the medical studies of the veterans. These studies must be approved by the VA Chief Medical Director.

15. Identifying information, the claims file number and folder location may be disclosed to the Federal Parent Locator Service (PLS) of the Department of Health and Human Services upon its official request in accordance with Pub. L. 93-647, which requires disclosure of this information in order to locate missing parents.

16. The claims file number and the folder location may be disclosed to a third party requestor who is seeking the current address of the veteran, in order to refer the requestor to the VA regional office where the veteran's folder is located and to assist the regional office in conducting a blind mailing in accordance with 38 CFR 1.518(c). The file number and folder location may be disclosed to a third party requestor who is seeking the current address of or information about a veteran, in order to (1) refer the requestor to the VA regional office or insurance center where the veteran's folder is located to assist such office or center in conducting a blind mailing in accordance with 38 CFR 1.1518(c) or (2) aid in the efficient Agency records maintenance functions of associating and collating correspondence with existing records.

17. Identifying information, except for the name of a veteran, may be disclosed to a Federal, State, County or Municipal agency for the purpose of conducting computer matches to obtain information to validate the entitlementof a veteran who is receiving or has received veterans insurance benefits under Title 38, United States Code. The name of a veteran may also be disclosed to a Federal agency under this routine use if they are required by the Federal agency to respond to the VA inquiry.

18. The name and address of a prospective, present, or former accredited representative, claims agent or attorney and any information concerning such individual relating to a suspension, revocation, or potential suspension or revocation of that individual's privilege of remote access to Veterans Benefits Administration automated claim records, may be disclosed to any recognized service organization with which the accredited representative is affiliated, and to any entity employing the individual to represent veterans on claims for veterans benefits.

19. The name and address of a former accredited representative, claim agent or attorney, and any information concerning such individual, except a veterans' name and home address, which is relevant to a revocation of remote access privileges to Veterans Benefits Administration automated claim records may be disclosed to an appropriate governmental licensing organization where VA determines that the individual's conduct which resulted in revocation merits reporting.

20. the power of attorney of a claimant for the VA benefits or the information that a power of attorney has not been appointed by the claimant may be disclosed from the Benefits Delivery Network to any recognized veterans service organization even though the service oprganization does not hold a current power of attorney for the claimant.

Any information in this system of records may be disclosed to a Federal agency for the purpose of conducting a computer matching program (as defined in 5 U.S.C. 552a(a)(8)) in accordance with the provision of 552a.

Policies and practices for storing, retrieving, accessing, retaining, and disposing of records in the system:

Storage:

The basic file is on automated storage media (e.g., magnetic tapes and disks), with backup copies of the information on magnetic tape. Such information may be accessed through a data telecommunication terminal system designated the Benefits Delivery Network (BDN). BDN terminal locations include VA Central Office, VA regional offices, VBA Debt Management Center, VA health care facilities, Department of Defense Finance and Accounting Service Centers and the U.S. Coast Guard Pay and Personnel Center. An adjunct file (at the Records Processing Center (RPC) in St. Louis, MO) contains microfilm and paper documents of former manual Central Index claims numbers registers, partial files of pensioners with service prior to 1930, personnel with service between 1940 and 1948 with VA insurance, and partial lists of other Armed Forces personnel indexed by service number. A duplicate of the microfilm is also located at VA Central Office.

   Remote on-line access is also made available to authorize representatives of claimants and to attorneys of record for claimants. A VA claimant must execute a prior written consent or a power of attorney authorizing access to his or her claims records before VA will allow the representative or attorney to have access to the claimant's automated claims records. Access by representatives and attorneys of record is to be used solely for the purpose of assisting an individual claimant whose records are accessed in a claim for benefits administered by VA.

  Retrievability:

   Information is retrievable by the use of name only, name and one or more numbers (service, social security, VA claims file and VA insurance file), name and one or more criteria (e.g., dates of birth, death and service), number only, or initials or first five letters of the last name with incorrect file number.

  Safeguards:

   Access to the basic file in the Austin DPC (Data Processing Center) is restricted to authorized VA employees and vendors. Accredited service organization representatives, VA-approved claims agents and attorneys acting under a declaration of representation so that these individuals can aid veterans in the preparation, presentation, and prosecution of claims under the laws administered by VA are provided read-only access.

   Access to BDN data telecommunications network is by authorization controlled by the site security officer who is responsible for authorizing access to the BDN by a claimant's representative or attorney approved for access in accordance with VA regulations. The site security officer is responsible for ensuring that the hardware, software and security practices of a representative or attorney satisfy VA security requirements before granting access. The security requirements applicable to access to automated claims files by VA employees also apply to access to automated claims files by claimants' representatives or attorneys. The security officer is assigned responsibility for privacy-security measures, especially for review of violation logs, information logs and control of password distribution, including password distribution for claimants' representatives.

   Access to the computer room where the basic file is maintained within the DPC is further restricted to authorized VA employees and vendor personnel on a ``need to know'' basis and is protected from unauthorized access by an alarm system, the Federal Protective Service, and VA security personnel. As to access to Target terminals, see Safeguards, Compensation, Pension, Education, and Rehabilitation Records--58VA21/22. Authorized terminals with access to the VBA Benefits Delivery Network are located only at VA regional officers, VA medical facilities, VA Central Office, VBA Debt Management Center, National Cemetery System facilities, Railroad Retirement Board through the Chicago Regional Office, the National Personnel Records Center, the U.S. Army Reserve Components Personnel and Administration Center at St. Louis, MO, and at remote sites nationwide. The adjunct file is accessible for official use only by personnel assigned to

Systems Development Service (20M4), VA Central Office, Washington, DC, and the Administrative Division at VA Records Processing Center, St. Louis, MO.

Retention and disposal:

Records are maintained on magnetic tape, disks, microfilm or paper documents and are retained and disposed of in accordance with disposition authorization approved by the Archivist of the United States.

System manager(s) and address:

Director, Compensation and Pension Service (21), VA Central Office, 810 Vermont Avenue, NW, Washington, DC 20420.

Notification procedure:

Any individual who wishes to determine whether a record is being maintained in this system under his or her name or other personal identifier, or wants to determine the contents of such record should submit a written request or apply in person to the nearest VA regional office or center. Addresses for these offices may be found in VA Appendix 1. Inquiries should include the individual's full name and VA claims file number. If the VA claims file number is not available, then as much of the following information concerning the service person as possible should be furnished: Social security number, service number, branch of service, dates of service, date of birth or date of death.

Record access procedures:

Individuals seeking information regarding access to and contesting of VA records in this system may write, call or visit the nearest VA regional office.

Contesting record procedures:

(See Record access procedures above.)

Record source categories:

Information contained in the records is obtained from veterans' military separation documents, veterans, VA records, the Railroad Retirement Board and other Federal agencies.