Westlaw.

2006 WL 1789406 (F.D.C.H.)                                                                                    Page 1
2006 WL 1789406 (F.D.C.H.)

                    Federal Document Clearing House
                 Copyright (c) 2006 CQ Transcriptions, LLC

                             Testimony
                            June 28, 2006

                      House of Representatives
                          Veterans Affairs

VA Security Breach

Statement of MG Robert T. Howard
Acting Assistant Secretary, Information and Technology
Chief Information Officer
U.S. Department of Veterans Affairs
Committee on House Veterans Affairs
June 28, 2006
Mr. Chairman and members of the Committee, good morning. Thank
you for your invitation to discuss the Department of Veterans
Affairs information technology reorganization plan and the recent
data loss incident.
I am accompanied today by Mr. Joseph K. Shaffer, Director, VA IT
System Model Realignment Office and Mr. Pedro Cadenas, Jr.
Associate Deputy Assistant Secretary for Cyber and Information
Security. I request that my written testimony be entered into the
record.
I would first like to give you an update on the VA IT
realignment. The VA IT System Model has been developed and
approved. The two principal underpinnings of the VA IT
realignment are to ensure: (1) continued world-class service to
our veterans, and (2) our continued commitment to patient safety.
The key area of focus is to transition VA's IT community to
operate within the VA IT Management System that separates the
Development and Operations and Maintenance domains. Hence, VA
will establish required business practices and processes that
harmonize the oversight and budgetary responsibilities of the
Office of the CIO, the functionality of the Domains, and business
relationships of the IT service provider and the customer for all
IT activities across the entire VA.
As background, in an Executive Decision Memorandum dated October
19, 2005, the Secretary of the Department of Veterans Affairs
(Secretary) approved the concept of a new IT Management System
for the VA. This decision to move to the VA IT Management System
was made to correct longstanding deficiencies in the current
decentralized IT management system. The concept of a new VA IT
Management System initially separates the IT community into two
domains - an Operation and Maintenance (O&M) Domain that is the
responsibility of the Assistant Secretary for Information
Technology (AS/IT) / (VA CIO) and a much smaller Application
Development Domain that is the responsibility of the

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.


EXHIBIT 17

```
2006 WL 1789406 (F.D.C.H.)                                                    Page 2
2006 WL 1789406 (F.D.C.H.)
```

Administrations and Staff Offices. Although the domains are separated, the VA CIO retains oversight responsibilities for all VA IT projects. As Secretary Nicholson testified at the House Appropriations Committee hearing on June 27, 2006, the long-range plan is to bring the Application Development Domain into the larger O&M domain resulting in a single domain for IT.

To achieve greater clarity and understanding of the design and processes of the VA IT Management System, the Secretary directed the development of a Model that would be used to guide the development of a more thorough IT Transition and Implementation Plan. As noted above, the goal is for the Department of Veterans Affairs to complete the transition to this new VA IT Management System on or about July, 2008.

The VA IT System Model will strengthen the protection of all sensitive information As VA's General Counsel Tim McClain testified last week, the Federal Information Security Management Act (FISMA) requires the Secretary to delegate to the CIO sufficient authority to 'ensure compliance' by the agency with the above information-security requirements. This must include the authority to (1) create and operate the agency-wide information security program; (2) establish information security policies and procedures and control techniques for the agency, which, when followed, will ensure compliance with all of the above requirements; (3) train and oversee personnel with significant responsibilities for information security; and (4) assist senior agency officials concerning their information security responsibilities, including the analysis process.

The agency-wide security program directed by FISMA should provide systematic guidance for the conduct of the risk analysis process, security awareness training for all VA personnel, periodic testing and evaluation of the effectiveness of information security policies, procedures, and practices, a process for remedial action, procedures for detecting security incidents, and plans for ensuring continuity of operations for information systems. The policies and procedures should interpret, explain, and apply to VA the applicable external standards and provide guidance for the application of these standards to VA operations. The control techniques should permit monitoring of the numerous activities in which programs are required to engage to determine that they are accomplished in accordance with applicable standards and that any appropriate remedial actions are timely undertaken. The program, policies, procedures, and control techniques, and any other actions, should be developed in mutual coordination, cooperation, and collaboration between the CIO and program officials.

FISMA does not necessarily require delegation to the CIO of direct control over agency programs, because such control is not the only means by which the information security-objectives may be accomplished. For example, even without direct control over certain programs, a CIO could endeavor to ensure compliance with governing standards through training and otherwise influencing the behaviors of key program-security personnel. While an agency head certainly may choose to confer certain enforcement powers on the CIO, e.g., the ability to sanction program officials outside

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2006 WL 1789406 (F.D.C.H.)                                              Page 3
2006 WL 1789406 (F.D.C.H.)

the CIO's immediate organization for noncompliance with
departmental policies, we do not read FISMA to require it.
The VA IT System Model was developed as a framework for VA's
future IT Management System. The principal elements of this IT
System Model include: 1. Definitions of the roles,
responsibilities and initial boundaries between the Operations
and Maintenance (O&M) Domain that is the responsibility of the
AS/IT (CIO) and an Application Development Domain, to include
determination of business needs and priorities that is the
responsibility of the Administrations and Staff Offices. Although
the Domains are separated, the Model sets forth essential
cohesion between the domains in order to provide the CIO with
oversight and budget responsibilities for all VA IT projects. 2.
Authority, delegation of authority, and governance structure and
process for the conduct of all VA IT-related business; 3. Key IT
service delivery business process flows; 4. Sample scenarios to
illustrate how Domain activities are coordinated by process
flows. These process flows must be clearly defined to reflect the
critical interdependence of business applications and the
performance of the IT infrastructure; and 5. A recommended 'To-
Be' organization for the office of the CIO designed to balance
the tactical needs of operating a complex infrastructure as a
shared service with the strategic needs of aligning IT resources
to best meet the mission requirements of the Department.
As you are aware, the Secretary initiated several recent actions
to tighten our privacy and data security programs. On May 24 the
'Data Security- Assessment and Strengthening of Controls'
program was established to provide a high priority and much more
focused effort to strengthen our data privacy and security
procedures. The two principal objectives of this program are to
first, reduce the risk of a recurrence of incidents such as the
recent data los, and second, to remedy the material weakness
reported by the Inspector General. There are three phases to this
effort; Assessment, Strengthening of Controls, and Enforcement.
We are almost through the Assessment Phase and have actions
underway in the other two phases as well.
On May 26 the Secretary issued a Directive that requires the top
leadership to instruct all VA managers, supervisors, and team
leaders of their duty and responsibility to protect sensitive and
confidential information. In this memo the Secretary also
announced that he had convened a task force of VA senior leaders
to review all aspects of information security and make
recommendations to strengthen our protection of sensitive
information. One of the first tasks of this group is to complete
an inventory of all positions requiring access to sensitive VA
data by June 30.
We began a Security Awareness Week at all VA facilities
(hospitals, clinics, regional offices, and cemeteries) on Monday
June 26. Each day managers are expected to focus on one or more
elements of information security in meetings.
We are emphasizing training in privacy and cyber security for all
employees. We require all VA employees, contractors, and
volunteers to complete both Cyber Security and Privacy Training,
annually. Both designed to help VA employees understand the

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
2006 WL 1789406 (F.D.C.H.)                                          Page 4
2006 WL 1789406 (F.D.C.H.)
```

importance of protecting sensitive information and make them aware of their responsibilities to protect this information. Normally, employees are required to complete this training by September 30 of each year. However, given the recent incident, the Secretary has directed all employees to complete both courses by June 30.

We will be conducting a Department-wide inventory of laptops to ensure that they carry the encryption and other cyber security software necessary to ensure remote access users are operating in a safe and secure environment. This effort is on hold, however, due to a recent lawsuit. It will continue once legal clearance is obtained.

Finally, we are reviewing all policies, directives, and handbooks relating to privacy, cyber security and records management to ensure they are accurate, clear and focused.

These efforts will provide for a more secure environment for sensitive data used in VA. Mr. Chairman, that concludes my statement. Thank you for the opportunity to appear before you today.

   MG ROBERT T. HOWARD

   Acting Assistant Secretary

   U.S. Department of Veterans Affairs

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.