UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, | ) ) ) | No. 1:06-cv-01038-JR |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| PAUL HACKETT, *et al.*, | ) ) | No. 1:06-cv-1943-JR |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| MICHAEL ROSATO, *et al.*, | ) ) | No. 1:06-cv-1944-JR |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF SALLY WALLACE**

I, Sally Wallace, hereby declare:

EXHIBIT

18

1.      I am of majority age and otherwise competent to testify as to the matters herein, based on my personal knowledge and information provided to me in the course of my employment.

2.      I am the Associate Deputy Assistant Secretary (ADAS) for E-Government in the Office of Information Technology. I have held this position since April 30, 2006. I have over 3 (three) years of experience in the areas of privacy and privacy training.

3.      As the Associate Deputy Assistant Secretary, I am the agency official in charge of VA's Privacy Program and oversee the Privacy Service, which provides continuing awareness, education, and training to VA personnel, that is, employees, contractors, volunteers, interns, and others who access VA data, to maintain awareness of Privacy requirements and regulations and to encourage compliance.

4.      In order to ensure that all VA personnel who access VA data are aware of and adhere to all applicable privacy and confidentiality statutes, regulations, and policies, the Privacy Service developed the General Employee Privacy Awareness 2006 Course ("Privacy Course"). This course is required annually of all VA employees, contractors, volunteers, interns, and others with access to VA data, and is designed to provide awareness of the nature of and laws affecting privacy, how privacy may be compromised, and each person's role in and responsibility for protecting the privacy of individuals.

5.      The Privacy Course contains information about the background and scope of applicable privacy and confidentiality statutes and regulations, rights granted to individuals by those statutes and regulations, disclosure purposes that do not require authorization from the individuals, disclosure purposes that require authorization from the individual, information that

can be disclosed, operational requirements relating to the release of information, and elements of other laws regarding the collection, maintenance, and disclosure of information.

6.      The course also informs VA personnel of the penalties for violating privacy and confidentiality statutes, regulations, and policies. It specifically discusses the penalty provisions under the Privacy Act, as well as other confidentiality statutes applicable to VA data, and advises that administrative, disciplinary, and other adverse actions such as admonishment, reprimand, and termination, may be taken against anyone who violates those statutory provisions.

7.      To ensure that all VA personnel with access to VA data complete the training, the Privacy Course is available in a number of formats. The online training is available both through the internet and the intranet and organized into 37 pages that must viewed sequentially, by clicking the "Next" button for each page after the page is read and each test question is answered, to receive credit for completion of the course. The course is designed to be completed in approximately 50 – 60 minutes if only the minimum required content is reviewed, and about 50 – 90 minutes if optional sections of the course, such as the review questions, scenarios, and supplemental information accessed through the button marked "More" in the training, are viewed. Completion of the training is tracked for each user through an online portal maintained by the Privacy Service. In addition, users must print the certificate of completion at the end of the course and submit it to their supervisor, facility education office, or privacy officer.

8.      For those who do not have access to the VA Intranet or Internet, a text version of the Privacy Course, which may be printed and distributed, is also available. This version, which consists of 26 pages and is designed to take approximately one hour, is identical to the basic information in the online course. Users of this version must certify to their supervisor, facility

education office, or privacy officer that they have completed the mandated privacy training.

9.     Video versions of the Privacy Course are also available in the facility library or online. VA personnel who do not have access to veteran information in the performance of their official duties, such as those in the Veterans Benefits Administration, National Service Administration, and VHA engineering, canteen and environmental management, may meet the privacy training requirement by reviewing a 25-minute privacy video called "Privacy: It's Everyone's Business". For VA personnel who are health providers, such as physicians, nurses, social workers, and others who provide direct care to patients, another video that focuses on the privacy of protected health information is available. As with the text version of the training, users of the video versions must certify to their supervisor, facility education office, or privacy officer that they have completed the mandated privacy training.

10.     Attached as exhibit A are true and correct copies of screen printouts from the General Employee Privacy Awareness 2006 Course described in paragraphs 3 – 6 above.

11.     The certificate of privacy training is effective for one fiscal year, since the course must be completed every year. To track the completion of the training by all appropriate personnel and ensure that the privacy training requirement is fulfilled department-wide, the Privacy Service uses an online portal that shows for each user the status of completed and incomplete courses. To track the completion of the course by users of other versions of the training, the Privacy Service also utilizes figures reported by privacy officers indicating the number of individuals within an organization that fulfilled the requirement by using the text or video versions.

12.     John Doe (the VA employee whose home was burglarized and whose personal

laptop computer and external hard drive containing VA data were stolen) fulfilled the requirement for privacy training by successfully completing on March 31, 2006, the online version of the General Employee Privacy Awareness 2006 Course for fiscal year 2006.

13.     Attached as exhibit B is a true and correct redacted copy of John Doe's certificate indicating completion of the course for 2006.

14.     In addition, John Doe fulfilled this requirement for previous years by completing the online version of the General Employee Privacy Awareness for 2004 and 2005 on September 3, 2004, and June 30, 2005, respectively.

15.     Attached as exhibit C are true and correct redacted copies of the screen printout of the user report maintained by the Privacy Service indicating completion of the course for 2004 and 2005.

I declare under the penalty of perjury that the foregoing is true and correct.

20 Nov 06
DATED

Wallace
SALLY WALLACE

**Privacy, Department of Veterans Affairs, and you**

Welcome to the privacy awareness program at the Department of Veterans Affairs (VA).

This course will help you understand privacy and make you aware of your responsibilities for protecting personal information.





**Why am I taking a privacy awareness course?**

To protect a veteran's personal privacy, you need to know about:

- The nature of privacy
- The laws affecting privacy
- How privacy may be compromised
- Your role in maintaining privacy

**Objectives of this course**

By the end of this course, you will be able to:

- Define privacy and discuss its importance
- Identify specific issues of privacy that are of concern to VA
- List circumstances that lead to breaches of privacy
- Explain day-to-day operations you must follow to ensure privacy
- Describe consequences of wrongfully disclosing private information
- Define what is classified as protected medical information
- List authorized uses and disclosures of private information



## What is privacy?

- **Personally identifiable information**

- **Privacy Act system of records**

- **Health information**

- **Individually identifiable health information**

- **Protected health information**

**What is privacy?**

Federal laws affecting the privacy of information fall into two major categories:

- Laws addressing data privacy in general
- Laws addressing specific types of data, the way data is stored, or the way data is transmitted

## What is privacy?

- **The Privacy Act of 1974**

- **The Freedom of Information Act**

- **The Computer Security Act of 1987**

- **The Paperwork Reduction Act of 1995**

- **The Computer Matching and Privacy Protection Act of 1988**

- **The Electronic Communications Privacy Act**

- **Veterans Affairs Confidentiality Statutes**

## What is privacy?

- **Gramm-Leach-Bliley Act**

- **Health Insurance Portability & Accountability Act (HIPAA)**

**What does privacy involve at VA?**

VA holds a vast repository of private
information

It is your responsibility as a VA employee to:

- Recognize personal information in
  whatever form it appears
- Understand what constitutes a breach
  of privacy
- Understand what you can do to protect
  privacy
- Prevent use by, or disclosure to,
  unauthorized persons

VA is also responsible for preventing the
modification or deletion of veterans' personal
information



**What does privacy involve at VA?**

| Privacy of Personal Information | Privacy of Communications |
|---|---|
| • VA must collect and use personal information about veterans<br>• Information is collected for benefit of veterans and the United States<br>• Information is used only for legitimate purposes | • VA must communicate with veterans about personal information<br>• Personal data is protected from unauthorized access<br>• Personal information is only disclosed when authorized by the law |

 

**Quiz**

**1. The Privacy Act of 1974 provides individuals with broad protection from unauthorized use of their records and gives individuals a right to access their records. Which of the following actions would not violate this principle?**

○ **A. A person comes into the office and claims to be the wife of a veteran. She        wants to verify that VA has his correct mailing address. The office staff shows        her the veteran's file.**

○ **B. A doctor from a different VA hospital is working with a current patient and        requests to review his medical history. The information is made available to        him.**

○ **C. A person in the office is talking about a veteran's medical information in the        cafeteria.**

○ **D. A person at the pharmacy sees one of his friends picking up some        medication. He is concerned about him and asks what he is taking. The        pharmacy tech reveals that he is on heart medication.**

**Quiz: Drag each term on the left and drop it onto one of the definitions on the right. To make a match, click a term and, while holding down your left mouse button, drag it to the white text box below the matching definition. When the term is over the text box, release your mouse button to secure the match.**

A. Privacy Act record

B. Personally identifiable information

C. Individually identifiable health information

D. Protected health information

E. Health information

1. Unique information that can be used to identify an individual

2. Information about an individual that is maintained as a part of a system of records

3. Any information that is created or received by a health care provider that specifically relates to the physical or mental condition of a patient

4. Health information that can be used to identify an individual

5. Information that is transmitted or maintained in an electronic medium or some other form or method

**Quiz**

**3. Which of the following is not true about VA's commitment to personal privacy?**

○ **A. Information collected from a patient is used only for legitimate purposes.**

○ **B. Only authorized personnel within VA have access to personal data.**

○ **C. Supervisors at VA have the authority to disclose personal information at their          discretion.**

○ **D. VA communicates openly with veterans about their personal information.**

**What does privacy mean to me?**

- Sensitive data on computers must be purged before being taken out of use
- This policy was breached when a VA facility gave away 139 computers
  - Personal data about veterans was not erased
  - Information about a veteran with AIDS and others with mental health problems was disclosed



**What does privacy mean to me?**

- A security company hired by VA's Office of the Inspector General was able to break into VA's computer system
- The hackers-for-hire had access to the confidential data of veterans
- They also had access to VA's internal data and business systems



**What does privacy mean to me?**

There are many causes of privacy breaches:

- Carelessness
- Ignorance
- Information system vulnerabilities
- Flawed policies and procedures
- Criminal behavior
- Attacks by enemies of the United States

**How do my actions need to change to ensure privacy?**

To ensure the privacy of personal information at VA, you should:

- Take privacy seriously
- Respect the privacy of veterans and your coworkers
- Curb your own curiosity - It's the law
- Never discuss private data in public places



**How do my actions need to change to ensure privacy?**

While at work always:

- Follow all privacy policies and procedures
- Properly dispose of any private data you no longer need
- Disclose only the required data and only through the proper VA channels
- Report suspected or potential breaches of privacy
- Ask your immediate supervisor if you are in doubt
- Contact the appropriate person for help if necessary
- Work as a team to ensure privacy

**How do my actions need to change to ensure privacy?**

When disposing of records containing personal information, be sure that the information cannot be retrieved by unauthorized persons. Shredding is an example of a proper disposal technique. Throwing the document into a wastebasket or recycling is not.

For detailed information pertaining to the Destruction of Records, please see VA Handbook 6300.1 at:
http://www.va.gov/pubs/handbooks/Information-Resources-Management-(IRM)/63001hb.doc

**How do my actions need to change to ensure privacy?**



- Disposition refers to the transfer of records to a storage facility, transfer of permanent records to the National Archives, the destruction of records, and other appropriate methods of disposal
- Records cannot be disposed of without proper authorization
- There are penalties for improper disposal

**What are the consequences of disclosing private data?**

The answer depends on the situation:

- **Accident, ignorance, or mistake**

- **Negligence or carelessness**

- **Malice or intent to harm**

Click here to see VA's policies for dealing
with violations of the Privacy Act.

**What are the consequences of disclosing private data?**

The HIPAA Final Privacy Rule:

- Ensures privacy protections while maintaining access to quality health care
- Guarantees patients have access to their medical records
- Gives people more control over the use and disclosure of their protected health information
- Provides a clear avenue of recourse if medical privacy is compromised

**What are the consequences of disclosing private data?**

| Crime | Punishment |
|---|---|
| Improperly obtaining or disclosing protected health information | Up to $50,000 and one year in prison |
| Obtaining protected health information under "false pretenses" | Up to $100,000 and five years in prison |
| Obtaining or disclosing protected health information with the intent to sell, transfer, or use it for commercial advantage, personal gain, or malicious harm | Up to $250,000 and ten years in prison |

**Why are the consequences of disclosing private data so significant?**

Maintaining the privacy of medical information literally saves lives because otherwise:

- People may avoid treatments without assurance of privacy
- People may not seek treatment for illnesses that have a stigma attached to them
- Patients may delay treatment or withhold medical information if they don't trust a health care system with their information

**Quiz**

**1. Given this situation, which is the best answer? An employee of VA wants to create a list of employees' birthdays to share with the rest of the people who work in the office. They have decided to have monthly birthday celebrations. The employee goes through the personal files of her coworkers and writes down their birthdays. Has this person done anything wrong?**

○ **A. No. This employee did not search for any additional information and the intent        was not malicious.**
○ **B. No. As an employee of VA, this person is authorized to look through all of        VA's files.**
○ **C. Yes. This employee violated the Privacy Act. Employees of VA do not have the        right to look up protected information about their colleagues unless their        professional duties require it.**
○ **D. Yes. This employee did not follow proper protocol. Before looking up        personal information about other employees, this person should contact her        immediate supervisor first.**

**Quiz**

**2. Which of the following actions is contrary to the goal of ensuring privacy?**

○ **A. A coworker asks you to release private data to a person waiting in the        reception area, but before doing so, you make sure this was authorized.**

○ **B. VA no longer needs some outdated files that contain personal information.        The files are shredded and disposed of appropriately.**

○ **C. You believe one of your coworkers may be sick, because she has not been        looking well. You consider looking at her personal file, but decide to ask        directly if anything is wrong.**

○ **D. You believe a patient is not receiving proper care. You share this person's file        with a friend who is not a VA employee to get a second opinion.**

**Quiz**

**3. Appropriate disposition of protected records includes all of the following except:**

  ○ **A. Transferring records to a storage facility**
  ○ **B. Placing records in the dumpster**
  ○ **C. Transferring records to the National Archives**
  ○ **D. Destroying records using approved procedures**

**Quiz**

**4. According to the Federal criminal penalties established by Congress, what is the maximum penalty a person can receive for wrongfully obtaining or disclosing protected health information with intent to sell for personal gain?**

○ **A. Up to $25,000 per person, per year for each requirement or prohibition        violated**
○ **B. Up to $50,000 and one year in prison**
○ **C. Up to $100,000 and five years in prison**
○ **D. Up to $250,000 and ten years in prison**

**What is considered to be medical information?**

Medical information can include a wide range of details such as:

- Current physical conditions
- Lifestyle and behaviors
- Medical history
- Age, body type, race



**What is considered to be medical information?**

Different medical conditions and treatments have different

sensitivities. Highly sensitive information includes:

- **Mental health**

- **Substance abuse**

- **Sexually transmitted diseases**

- **Genetic information**

**What are the exceptions to the required consent rule of the Privacy Act?**

Exceptions to the prohibition on disclosure include:

- Employees who have a need to know
- Requirements of the Freedom of Information Act (FOIA)
- The "routine use" as defined in the Privacy Act System of Records Notice



**What are the other exceptions to the required consent rule of the Privacy Act?**

Exceptions to disclosure include:

- The Census Bureau
- Research purposes
- The National Archives and Records Administration (NARA)
- Protection of the health or safety of an individual
- Congress regarding matters within its jurisdiction
- The General Accounting Office (GAO)
- Court orders
- A consumer reporting agency in accordance with Title 31 U.S.C. 3711(e)



**What are the exceptions to the required consent rule of the**

**Privacy Act?**

For more information, roll over each link with your mouse:

- **Prior written consent**

- **Disclosure for research**

- **Disclosure for public health**

- **Disclosure to law enforcement**

- **Disclosure to protect third parties**

- **Disclosure pursuant to a court order**

- **Disclosure to internal VA entities**

**Quiz**

**1. Which of the following could be classified as medical information?**

○ **A. Current physical condition**
○ **B. Lifestyle and behaviors**
○ **C. Medical history**
○ **D. All of the above**

**Quiz**

**2. Some medical information is considered to be extremely sensitive because of biases people may have against others with a specific medical condition or due to the controversial nature of the information. Which of the following is least likely to be considered extremely sensitive?**

○ **A. A person is diagnosed with dissociative identity disorder, a serious mental        health condition.**
○ **B. A doctor notes in a medical record that a patient has some minor chest        congestion due to the common cold.**
○ **C. A patient receives methadone as a part of treatment for heroin dependency.**
○ **D. A patient requests an HIV test.**

**Quiz**

**3. Which of the following statements about the exceptions to medical privacy is true?**

  ○ **A. Privacy is absolute and information must not be disclosed under any        circumstances.**

  ○ **B. Private information can be disclosed, but only with the consent of the        individual.**

  ○ **C. Information can be disclosed within VA for treatment, payment, and        health care operations.**

  ○ **D. Information is sometimes disclosed for research even if it can be traced back        to an individual.**

**Conclusion**

- Privacy of health care data is complicated
- VA has legal counsel, privacy specialists, and security specialists to assist
- If you make a mistake, great harm could result
- Your duty is to protect the privacy of veterans, their families, and other VA employees
- You are the first line of defense against a breach of privacy



**Whom can I contact for help?**

- If you are a VHA employee with questions about privacy or HIPAA, please contact the VHA HIPAA Program Management Office at (202) 254-0385
- All other employees with questions about privacy or HIPAA, please email queries to vacoeppawareness@mail.va.gov or call the EPP Hotline at (202) 273-5070
- If you have questions about the Privacy Act or FOIA, please contact your local FOIA/Privacy Act Officer
- If you have any questions about the Privacy Act or FOIA and cannot get resolution at the local level, please email queries to FOIA@mail.va.gov; you may also contact Bobby Wright at (202) 273-8068
- Or contact your Regional General Council Office



This document certifies that

—

User Name:

## has successfully completed the
## General Employee Privacy Awareness 2006 Course.

3/31/2006 9:08:53 AM

```
┌─────────────────┐
│    EXHIBIT      │
│                 │
│      B          │
│                 │
└─────────────────┘
```



# Department of Veterans Affairs

## User Report
User Name
Full Name:

Organization: VA DC-Washington (101-Office of Policy and Planning)                    Go Back

| Course Name | Status | Start Date | Last Attempt | Time In Course | Certificate |
|---|---|---|---|---|---|
| General Employee Privacy Awareness | ● | 9/3/2004 8:13:26 AM | 9/3/2004 8:42:02 AM | 00:28:36 | Certificate |
| General Employee Privacy Awareness 2005 | | 6/30/2005 8:07:16 AM | 6/30/2005 8:27:35 AM | 00:16:32 | Certificate |
| General Employee Privacy Awareness 2006 | ● | 3/31/2006 8:58:00 AM | 3/31/2006 9:08:53 AM | 00:10:53 | Certificate |
| General Employee Privacy Awareness 2007 | ○ | | | | |
| Privacy Awareness for Privacy Officers | ○ | | | | |
| Privacy Awareness for Senior Executives | ○ | | | | |
| Project Manager Training | ○ | | | | |

Go Back

Copyright ©2002-2003 Karta Technologies, Inc. All Rights Reserved

EXHIBIT
C