IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL HACKETT, et al., ) | Case No. 1:06-cv-01943-JR |
| ) | (In re: VA Data Theft Litigation) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF VETERANS ) | Judge Robertson |
| AFFAIRS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(b), Plaintiffs hereby move for an extension of time until January 31, 2007, to respond to Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment ("Defendants' Motion") filed on November 20, 2006. It is Plaintiffs' understanding that the Vietnam Veterans of America's Unopposed Motion To Extend The Time To Respond filed on November 30, 2006 encompasses all three VA Data Theft cases presently pending before this Court – Case Nos. 1:06-cv-01038-JR, 1:06-cv-01943-JR, and 1:06-cv-01944-JR. Out of an abundance of caution, however, Plaintiffs are filing this motion and requesting an identical extension to Defendants' Motion for Case No. 1:06-cv-01943-JR. Good cause exists for granting Plaintiffs' requested extension because: (1) Defendants' Motion exceeds 400 pages and raises numerous legal issues requiring response; (2) Defendants' Motion to Exceed the Page Limit remains pending before this Court; and (3) Plaintiffs Counsel in each of the

three VA Data Theft cases are attempting to coordinate their actions as much as possible to minimize the burden upon this Court by enhancing the efficiencies of this litigation.

During a recent conversation, Defendants' counsel indicated that Defendants do not oppose this motion.

A proposed Order is attached hereto for the Court's consideration.

Wherefore, Plaintiffs respectfully request that this motion be GRANTED.

Dated: January 5, 2007

                                  Respectfully Submitted,

/s/ Gary E. Mason_____
GARY E. MASON
THE MASON LAW FIRM, P.C.
DC Bar # 418073
1225 19th Street, N.W. Suite 500
Washington, D.C. 20036
Telephone: (202) 429 2290
Facsimile (202) 429 2294
gmason@masonlawdc.com

MARC D. MEZIBOV
CHRISTIAN A. JENKINS
MEZIBOV & JENKINS, CO. L.P.A
401 East Court Street, Suite 600
Cincinnati, Ohio 45202
Telephone:    (513) 723-1600
Facsimile:    (513) 723-1620

JEFFREY S. GOLDENBERG
JOHN C. MURDOCK
MURDOCK GOLDENBERG
SCHNEIDER & GROH, L.P.A
35 East Seventh Street, Suite 600
Cincinnati, Ohio 45202
Telephone:    (513) 345-8291
Facsimile:    (513) 345-8294

Counsel for Plaintiffs in *Paul Hackett, et. al v. United States Department of Veterans Affairs*

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Plaintiffs' Unopposed Motion To Extend Time To Respond To Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment was served upon the following counsel of record via First Class Mail on this 5th day of January, 2007:

Ori Lev, Esq.
U.S. Department of Justice
Civil Division/ Federal Programs Branch
Mail:   P.O. Box 883
          Washington, D.C. 20044
Street:  20 Massachusetts Ave., N.W.
          Room 7330
          Washington, D.C. 20001

_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PAUL HACKETT, et al.,**   ) | Case No. 1:06-cv-01943-JR |
| ) | (In re: VA Data Theft Litigation) |
| **Plaintiffs,**   ) | |
| ) | |
| v.   ) | |
| ) | |
| **U.S. DEPARTMENT OF VETERANS**   ) | Judge Robertson |
| **AFFAIRS, et al.,**   ) | |
| ) | |
| **Defendants.**   ) | |
| _____) | |

**ENTRY EXTENDING TIME FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiffs having moved for an extension of time until January 31, 2007 to respond to Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, and there being no objection to such extension by Defendants, said motion is hereby GRANTED. Plaintiffs shall submit their responses on or before January 31, 2007.

_____
Honorable James Robertson

Dated:_____