# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:06-CV-01038(JR) |
| R. James NICHOLSON, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| Paul HACKETT, *et al.*, | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:06-CV-01943(JR) |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| Michael ROSATO, *et al.*, | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:06-CV-01944(JR) |
| R. James NICHOLSON, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' JOINT MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(b) and agreement among the parties, Plaintiffs in the above captioned cases hereby jointly move for an extension of time until February 28, 2007, to respond to "Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment" filed on November 20, 2006. The reasons for this extension of time are: (1) to permit the plaintiffs to coordinate their individual responses and (2) to align the briefing schedules in these three actions for the Court's convenience.

The parties have conferred on this issue and Defendants' counsel has indicated that Defendants do not oppose this motion.

A proposed order is attached hereto for the Court's consideration.

Wherefore, Plaintiffs respectfully request that the instant motion be GRANTED.

Dated: January 22, 2007

Respectfully submitted,

/s/ Gary E. Mason
GARY E. MASON
DC Bar #418073
THE MASON LAW FIRM, P.C.
1225 19th St., N.W.
Suite 500
Washington, DC  20036
Telephone (202) 429-2290
Facsimile (202) 429-2294
Email: gmason@masonlawdc.com

MARC D. MEZIBOV
CHRISTIAN A. JENKINS
MEZIBOV & JENKINS, CO. L.P.A
401 East Court Street, Suite 600
Cincinnati, Ohio 45202
Telephone:    (513) 723-1600
Facsimile:     (513) 723-1620

JEFFREY S. GOLDENBERG
JOHN C. MURDOCK
MURDOCK GOLDENBERG
SCHNEIDER & GROH, L.P.A
35 East Seventh Street, Suite 600
Cincinnati, Ohio  45202
Telephone:    (513) 345-8291
Facsimile:     (513) 345-8294

Counsel for Plaintiffs in *Paul Hackett, et. al v. United States Department of Veterans Affairs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:06-CV-01038(JR) |
| R. James NICHOLSON, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| Paul HACKETT, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No. 1:06-CV-01943(JR) |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| Michael ROSATO, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No. 1:06-CV-01944(JR) |
| R. James NICHOLSON, *et al.*, | ) ) | |
| Defendants. | ) ) | |

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Plaintiffs' Joint Unopposed Motion to Extend the Time to Respond to Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment Until February 28, 2007, and good cause having been shown, it is hereby

ORDERED that Plaintiffs' Motion is Granted; and it is further

ORDERED that Plaintiffs' Response to Defendants' Motion to Dismiss or, in the

{00016592; 1}

Alternative, For Summary Judgment, is due no later than February 28, 2007.

SO ORDERED.


Dated:_____            _____
                                JAMES ROBERTSON
                                United States District Judge