UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION | : : : : | Misc. Action No. 06-0506(JR) MDL Docket No. 1796 |
| _____ | : : | **NOTICE OF ENTRY OF APPEARANCE** |
| This Document Relates To: Hackett: Case No. 06cv1943(JR) | : : : | |

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 83.6(a), please enter the appearance of Jeffrey S. Goldenberg (Ohio Bar #0063771), John C. Murdock (Ohio Bar #0063749), and Christian A. Jenkins (Ohio Bar #0070674) as counsel in this case for plaintiffs Paul Hackett and Matthew W. Page. Their contact information is as follows:

| | | |
|---|---|---|
| Jeffrey S. Goldenberg Murdock Goldenberg Schneider & Groh, LPA 35 E. 7th Street, Suite 600 Cincinnati, Ohio  45202 (513) 345-8291 | John C. Murdock Murdock Goldenberg Schneider & Groh, LPA 35 E. 7th Street, Suite 600 Cincinnati, Ohio  45202 (513) 345-8291 | Christian A. Jenkins Mezibov & Jenkins LLP 401 E. Court Street Suite 600 Cincinnati, Ohio  45202 (513) 723-1600 |

Dated: February 2,, 2007

Respectfully submitted,

___/s/_____
Gary Mason
DC Bar #418073
The Mason Law Firm
1225 19th Street, N.W.
Washington, D.C.  20036
gmason@masonlawdc.com
Phone: 202-429-2290
Fax: 202-429-2294

*Attorney for Plaintiffs*

{00016616; 1}

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Appearance was served upon the following counsel of record via email and/or ECF on this 2nd day of February, 2007.

Ori Lev, Esq.
Ori.Lev@usdoj.gov
U.S. Department of Justice
Civil Division/Federal Programs Branch
Mail:  P.O. Box 883
         Washington, D.C. 20044
Street:  20 Massachusetts Avenue, N.W.
         Room 7330
         Washington, D.C. 20001

*Department of Veterans Affairs, Secretary of Veterans Affairs R. James Nicholson in his official capacity, Deputy Secretary Gordon G. Mansfield in his official Capacity, and Defendant John Doe in his official capacity.*

Douglas J. Rosinski, Esq.
Doug.Rosinski@ogletreedeakins.com
Ogletree, Deakins, Nash
Smoak & Stewart, P.C.
1320 Main Street
Suite 600
Columbia, S.C. 29201

*Attorneys for Plaintiffs in Vietnam Veterans of America, Inc.: 06cv1038(JR)*

                                                  /s/
                                               Gary E. Mason